ERIC GRANT
United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: 9916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAITHAN REDDY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 2:25-cv-01429-DJC-JDP<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINE TO FILE VDRP NOTICE** |

Good cause having been shown,

IT IS HEREBY ORDERED that the parties shall have until, and including, October 20, 2025, to file the Voluntary Dispute Resolution Program notice in accordance with the Court's order, ECF No. 5.

IT IS SO ORDERED.

Dated: September 12, 2025     /s/ Daniel J. Calabretta
                                                      THE HONORABLE DANIEL J. CALABRETTA
                                                      UNITED STATES DISTRICT JUDGE